IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| LAMAR COLLINS<br><br>v.<br><br>BOROUGH OF TRAINER, et al. | CIVIL ACTION<br><br>NO. 13-7613 |
|---|---|

FILED
JUL 0 1 2014
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

## ORDER

And NOW, upon consideration of Defendants' Motions to Dismiss Plaintiff's Amended Complaint (ECF Nos. 18 & 19), and for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** the motions are **GRANTED** in part and **DENIED** in part. Defendants' motions are **DENIED** as to Plaintiff's claims for malicious prosecution, and **GRANTED** without prejudice as to Plaintiff's other claims. It is further **ORDERED** that Plaintiff is **GRANTED** leave to amend his complaint within fourteen (14) days.

BY THE COURT:

/s/ Michael M. Baylson, U.S.D.J.
6/27/14

O:\CIVIL 13\13-7613 collins v. borough of trainer\13cv7613.order.mdt.docx