IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LAMAR COLLINS, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| RICHARD JONES, | : | NO. 2:13-cv-07613-DS |
| Defendant. | : | |

**ORDER**

AND NOW, this 19th day of November, 2015, upon consideration of Plaintiff Lamar Collins' "Motion for Post-Trial Relief" (Doc. 83) and "Memorandum of Law in Support of Post-Trial Motion" (Doc. 86) and Defendant Richard Jones' "Reply of Defendant, Richard Jones, to the Post-Trial Motion Pursuant to Rules 59(a) and 60(b) of Plaintiff Lamar Collins" (Doc. 89), and for the reasons set out in the Memorandum Opinion accompanying this Order,

**IT IS HEREBY ORDERED**, that Plaintiff's motion for post-trial relief is **DENIED**.

BY THE COURT:

 /s/ David R. Strawbridge
DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE